

**GOTTLIEB & ASSOCIATES**
ATTORNEYS
150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

November 6, 2020

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *Calcano v. Kenmore Philatelic, Inc.*
               Case No.: 1:20-cv-6917-MKV

Dear Judge Vyskocil,

      The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Kenmore Philatelic, Inc., ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                        Respectfully submitted,
                                                 */s/Jeffrey M. Gottlieb, Esq.*
                                                  Jeffrey M. Gottlieb, Esq.

cc:  All counsel via ECF